# UNITED STATES DISTRICT COURT
## Plea Minutes

Date: **08/12/2025**  Case #: **1:25cr225**
Time: 10:59 a.m. – 11:41 a.m.  Interpreter/Lang: None/N/A
(00:42)

Honorable **PATRICIA TOLLIVER GILES**, United States District Judge, Presiding

| Paulina Miller | S. Wallace |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**
       v.  Deft appeared:  [ **X** ] in person           [   ] failed to appear
                                            [ **X** ] with Counsel         [   ] without Counsel
**LISA STANLEY**                            [   ] through Counsel

| **Nina J. Ginsberg** | **Kathleen Robeson** |
|---|---|
| **Counsel for Defendant** | **Counsel for Government** |

**Matter called for:**
[ **X** ] Pre-Indictment Plea        [   ] Change of Plea        [   ] Plea Agreement

**Filed in open court:**
[ **X** ] Information    [ **X** ] Plea Agreement    [ **X** ] Statement of Facts    [ **X** ] Waiver of Indictment

**Plea:**
[ **X** ] Deft entered a Plea of Guilty as to Count <u>1</u> of the   [   ] Indictment    [ **X** ] Information

[ **X** ]  Plea accepted by the Court.

[ **X** ] Due Process Protections Act (DPPA) Order entered in open court

[ **X** ] Deft directed to USPO for PSI   [ **X** ] Yes       [   ] No

[ **X** ] Case continued to: **THURSDAY, DECEMBER 4, 2025** at **9:00 A.M.** for:

   [   ] Jury Trial    [   ] Bench Trial    [   ] Pre-Guidelines Sentencing    [ **X** ] Guidelines Sentencing

[   ] Deft remanded   [ **X** ] Deft Released on Bond  [   ] Deft Continued on same bond conditions
                        See Order Setting Conditions
                        of Release