JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**        Under Seal: Yes ___ No _X_    Judge Assigned: Hon. _PTG_
City _Ashburn, Virginia_   Superseding Indictment ___      Criminal Number: _1:25-CR-225_
County/Parish _Loudon_     Same Defendant ___              New Defendant _X_
                           Magistrate Judge Case Number ___   Arraignment Date: ___
                           Search Warrant Case Number ___
                           R 20/R 40 from District of ___
                           Related Case Name and No: ___

<u>Defendant Information:</u>
Juvenile -- Yes ___ No _X_  FBI # _xxxxx7DH2_
**Defendant Name:** _Lisa Stanley_    Alias Name(s) _Lisa Gorczynski, Lisa Conklin_
**Address:** _Columbia, MD_
**Employment:** ___
Birth date _xx/xx1967_  SS# _xxx-xx-2967_  Sex _F_  Def Race _W_  Nationality ___  Place of Birth ___
Height _5'8_  Weight _175_  Hair ___  Eyes ___  Scars/Tattoos ___
  Interpreter: _X_ No ___ Yes  List language and/or dialect: ___  Automobile Description ___

Location Status:
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody
___ Arrest Warrant Requested    ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond

Defense Counsel Information:
Name:  _Nina Ginsberg_           ___ Court Appointed       Counsel conflicted out: ___
Address: _3955 Chain Bridge Rd, Fairfax VA, 22030_   _X_ Retained
Telephone: _703-352-0100_        ___ Public Defender       Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
AUSA  _Kathleen Robeson_  Telephone No: _703-299-3827_   Bar # _WV 13809; VA 89526_

Complainant Agency, Address & Phone Number or Person & Title:
FBI Special Agent Jeff Pearson; 601 4th Street NW, Washington DC 20535

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1341 | Mail Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _8/1/25_        Signature of SAUSA:  _Kathleen C. Robeson_